UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 09-CIV-80407-COHN/Seltzer

JOSE CARCAMO,
And all other similarly situated,

    PLAINTIFF,

V.

GENERAL TRUCKING AND DELIVERY
SERVICES, INC., and,
JONY TORRES, Individually

    Defendants,
_____/

## DEFENDANTS' NUNC PRO TUNC MOTION FOR 6-DAY ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, General Trucking and Delivery Services, Inc. and Jony Torres, move pursuant to Federal Rule of Civil Procedure 6(b)(1) for a 6-day enlargement of time within which to answer or otherwise respond to the complaint in this action, which answer per previous court order was due on or about, April 15, 2009. Due to no fault or delay of Defendants the responsive pleading was not timely filed. The delay in filing was solely due to undersigned counsel's personal difficulty resulting from a recent death in the family. Undersigned has addressed and resolved all personal bereavement matters and is fully capable of moving forward.

Pursuant to Local Rule 7.1A(3), Defendants' counsel has endeavored to confer with opposing counsel regarding issues raised in this motion by sending electronic mail correspondence requesting their position on the matter and as of this filing has not confirmed Plaintiff's counsel's position on this motion.

**WHEREFORE**, Defendants request this Honorable Court grant this Motion for Enlargement of Time to Respond to Plaintiff's Complaint and issue an Order providing the Defendants with an additional 6 days within which to answer or otherwise respond to the complaint in this action. Said response will be due April 21, 2009.

Dated this 20th day of April, 2009.

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**

By: *Anthony M. Georges-Pierre*
   **Anthony M. Georges-Pierre, Esquire**
   Florida Bar No.: 0533637
   BISCAYNE CENTRE
   11900 Biscayne Blvd., Ste. 288
   Miami, FL 33181
   Telephone: (305) 416-5000
   Facsimile: (305) 416-5005
   E-Mail: agp@rgpattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Anthony M. Georges-Pierre*
Anthony M. Georges-Pierre, Esq.

## **SERVICE LIST**
## **CASE NO.: 09-CIV-80407-COHN/Seltzer**

Keith M. Stern, Esq.
Michael L. Scheve, Esq.
SHAVITZ LAW GROUP, P.A.
*Attorney for Plaintiffs*
1515 S. Federal Highway, Suite 404
Boca Raton, Fl 33432

Anthony M. Georges-Pierre, Esquire
**REMER & GEORGES-PIERRE, PLLC**
*Attorney for Defendants*
Biscayne Centre
11900 Biscayne Boulevard
Suite 288
North Miami, Florida 33181
E-Mail: agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile: (305) 416-5005