UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-80407-CIV-COHN/SELTZER

JOSE CARCAMO, on his own behalf and all
others similarly situated,

    Plaintiff,

vs.

GENERAL TRUCKING AND DELIVERY
SERVICES, INC., and JONY TORRES,
individually,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Filing Affidavits for Entry of Final Default Judgment Against Defendants [DE 37] ("Notice"). The Court construes the Notice as a motion for final judgment. The Court has carefully considered the Notice, the accompanying affidavits and declarations in support of default judgment [DE 37, Exhibits 2-5], the entire file of this case including plaintiff's complaint and exhibits, return of executed service by the Defendants [DE's 13, 14], the Clerk's entry of default against Defendant General Trucking and Delivery Services, Inc. [DE 32], and the failure of Defendant Jony Torres to appear at calendar call on October 1, 2009.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Jose Carcamo and against Defendants, General Trucking and Delivery Services, Inc. and Jony Torres, jointly and severally, in the amount of $19,505.60 as overtime wages and

      liquidated damages.

2.     Shavitz Law Group, P.A. is hereby awarded reasonable attorneys' fees and costs in the amount of $4,053.50 against Defendants, General Trucking and Delivery Services, Inc. and Jony Torres, jointly and severally.

3.     The **total final judgment of $23,559.10** shall bear interest at the rate of 0.39% per annum from the date of this Final Judgment, for which let execution issue.

4.     Any other pending motions are hereby **DENIED** as **MOOT**.

5.     The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of October, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.